**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| BETTY JEAN GREER,<br><br>       Plaintiff,<br>v.<br><br>ALLY FINANCIAL, INC.,<br><br>       Defendant. | Case No. 1:17-cv-00178-TLS-SLC<br><br>Honorable Judge Theresa L. Springmann |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, BETTY JEAN GREER, and the Defendant, ALLY FINANCIAL, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against ALLY FINANCIAL, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 6, 2017                              Respectfully Submitted,

| **BETTY JEAN GREER** | **ALLY FINANCIAL, INC.** |
|---|---|
| /s/ Nathan C. Volheim<br>Nathan C. Volheim<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax :( 630) 575-8188<br>nvolheim@sulaimanlaw.com | /s/ Ethan G. Ostroff (*with consent*)<br>Ethan G. Ostroff<br>*Counsel for Defendant*<br>Troutman Sanders LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462<br>Phone: (757) 687-7541<br>Ethan.Ostroff@troutmansanders.com |